**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-24757-JB/Elfenbein**

DANIEL SANCHEZ,

Plaintiff,

v.

OFFICER I. RODRIGUEZ,

Defendant.
________________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court on Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendation, ECF No. [43], ("Report") on Defendant's Motion to Dismiss, ECF No. [34]. In the Report, Magistrate Judge Elfenbein recommends that the Court grant the Motion to Dismiss without prejudice and with leave to file an amended complaint. ECF No. [43] at 9. On October 16, 2026, the day when objections were due, Plaintiff filed a document captioned as a reply to the motion to dismiss. ECF No. [44]. Although Plaintiff does not appear to object to the Report, because Plaintiff is proceeding *pro se*, the Court will treat Plaintiff's arguments as objections to the Report.

The Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record and the issues presented in

Plaintiff's filing, agrees with Magistrate Judge Elfenbein that Defendant's Motion to Dismiss should be granted and that Plaintiff should be given leave to file a Second Amended Complaint.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report, ECF No. [43], is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss, ECF No. [34], is **GRANTED** and the Amended Complaint, ECF No. [21], is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff may file a Second Amended Complaint that complies with the requirements set forth in the Report by **October 29, 2026**. Failure to do so may result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Miami, Florida, this 19th day of October, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**